**JOHN MEZZALINGUA ASSOCIATES, INC. (doing business as PPC), Plaintiff–Appellee,**

v.

**ANTEC CORPORATION (now known as Arris International, Inc.), Defendant–Appellant.**

No. 03–1084.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 12, 2003.

Before MAYER, Chief Judge, NEWMAN and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.